IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| JEFFREY A. JESSUP,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BARNES GROUP, INC.,<br><br>　　　　　　Defendant. | CIVIL ACTION NUMBER:<br>_____ |

## NOTICE OF REMOVAL

TO:　The Judges of the United States District Court for the District of South Carolina, Greenville Division

COMES NOW the Defendant, Barnes Group, Inc., by and through its undersigned counsel, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and states the following:

1.　Defendant exercises its rights under the provisions of 28 U.S.C. § 1441, *et seq.*, to remove this action from the Court of Common Pleas of the Thirteenth Judicial Circuit, Greenville County, South Carolina, in which said cause is now pending under the name and style *Jeffrey A. Jessup v. Barnes Group, Inc.,* Case No. 2018-CP-23-04237.

2.　On or about August 10, 2018, Plaintiff filed a Complaint with the Court of Common Pleas of the Thirteenth Judicial Circuit, Greenville County, South Carolina, initiating the State Court Action. The Summons and Complaint were served by mail on September 4, 2018. In accordance with 28 U.S.C. § 1441(b), this notice of removal is being filed within 30 days of receipt of the Summons & Complaint. Pursuant to 28 U.S.C. § 1446(b), Defendant attaches herein and incorporates by reference a copy of the Summons and Complaint filed in this action (Attachment A).

3. The state court lies within the district and division of the United States District Court in which this Notice of Removal is filed.

4. Plaintiff's claims in this matter arise from his allegation of disability discrimination, 42 U.S.C. § 12101, et seq. (Disability Discrimination), and defamation.

5. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e), and this action may be removed to the Court by Defendant pursuant to 28 U.S.C. § 1441.

6. Therefore, the case set forth above, Civil Action No. 2018-CP-23-04237, filed in the Court of Common Pleas for Greenville County, South Carolina, could originally have been brought before this Court pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e), and may be removed by Defendant pursuant to 28 U.S.C. § 1441.

7. Under 28 U.S.C. § 1441(a), venue of the removed action is proper in this Court as the district and division embracing the place where the state action was pending.

8. Pursuant to 28 U.S.C. § 1441(a), Defendant has attached herewith, and incorporated by reference, a copy of the Summons and Complaint filed in this action. (*See* Attachment A)

9. Written notice of the filing of this Notice of Removal will be given to Plaintiff as required by law.

10. A true copy of this Notice of Filing of Notice of Removal is being filed with the Clerk of Court for the Thirteenth Judicial Circuit of the State of South Carolina in Greenville County as required by law. (*See* Attachment B).

Dated this the 4th day of October, 2018.

        Respectfully submitted,

        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.

        s/Thomas A. Bright
        Thomas A. Bright (Fed. Ct. ID No. 1476)

        Attorneys for Defendant Concrete Supply Co., LLC

The Ogletree Building
300 North Main Street, Suite 500
Greenville, SC  29601
864.271.1300
864.235.4754
thomas.bright@ogletree.com

3

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on this the 4th day of October, 2018.

>W. Andrew Arnold
>aarnold@hortonlawfirm.net
>Jeremy R. Summerlin
>jsummerlin@hortonlawfirm.net
>Horton Law Firm
>307 Pettigru Street
>Greenville, South Carolina  29601

>s/Thomas A. Bright
>Thomas A. Bright, (Fed. Ct. ID No. 1476)

35212862.1