FILED: March 2, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1801
(6:18-cv-02703-HMH)

_____

JEFFREY A. JESSUP

   Plaintiff - Appellant

v.

BARNES GROUP, INCORPORATED

   Defendant - Appellee

_____

O R D E R
_____

Costs for these proceedings are taxed and certified in the amount of $18.60, as itemized in the accompanying bill of costs. The costs taxed shall be added to this court's mandate in accordance with Fed. R. App. P. 39(d).

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk